[No. 5343.]
[No. 2989 C. A.]

Meldrum et al. v. Bassler.

Appellate Practice — Court Rules — Abstract of Record — Sufficiency.

An abstract of a transcript of record, comprising over seventy folios, which amounts to less than two printed pages, and presents nothing upon which a consideration or decision of the questions raised by the assignments of error and discussed by counsel can be predicated, is not a compliance with a rule of court

requiring the abstract to contain a brief statement of the con-
tents of each pleading, and a statement setting forth fully the
points of the pleadings and evidence, and the points relied upon
upon for a reversal; and for such reason, the appellate court will
dismiss the case.—P. 507.

*Error to the County Court of Ouray County.*
*Hon. Wm. Rathmell, Judge.*

Action by John P. Bassler against Andrew
Meldrum and The Meldrum Tunnel and Mining Com-
pany, a corporation. From a judgment for plaintiff,
defendants bring error.　　　　　　　*Dismissed.*

Mr. W. T. McGarvey, for plaintiffs in error.

Messrs. Barnett & Wheeler and Mr. John F.
Wood, for defendant in error.

*Per curiam,* department 2:

We are advised by the abstract of record, filed
by plaintiff in error, that the amended complaint, filed
in the court below, is in three counts to enforce a
mechanic's lien to secure payment to the defendant
in error for work performed by himself and his two
assignors, as original contractors.

The amended complaint seems to have covered
twenty-eight folios of the transcript; the abstract
sets forth the complaint in twelve printed lines.   To
the amended complaint a demurrer was interposed,
covering five folios of the transcript, which is set
forth in the abstract in seven printed lines; the bal-
ance of the transcript, comprising thirty-eight folios,
is equally brief, being set forth in less than a page of
the printed abstract, the whole abstract being less
than two printed pages.

Rule 14, of the court of appeals, at the date
of the filing of this abstract, was:

"Rule 14.   Appellants and plaintiffs in error in
all cases shall, within twenty days after the return

day, prepare and file with the clerk eight copies of a printed abstract of the record, in which they shall set forth the title of the cause, with the date of filing of all papers in the court below, and a. brief statement of the contents of each pleading, and shall set forth fully the points of the pleadings and evidence, and the points relied upon for the reversal of the judgment or decree. They shall also refer to the folio numbers in the transcript and bill of exceptions, on the margin of the abstract, in such manner that orders, pleadings and evidence therein referred to may be easily found in the record.

"If the abstract filed shall not present the parts of the record to which reference is made in the assignment of errors, the appeal or writ of error may be dismissed."

The abstract prepared and filed by counsel for plaintiff in error is in utter disregard of the above rule and presents nothing upon which a consideration or decision of the questions raised by the assignments of error and discussed by counsel, can be predicated, for which reason the writ of error will be dismissed.                                    *Dismissed.*